*/s/ Debra McLaughlin*
Circuit Court Judge
Ref. Code: 236R2M1UX

E-FILED | 11/9/2023 1:40 PM
CC-33-2021-C-72
Morgan County Circuit Clerk
Melanie Shambaugh

## In the Circuit Court of Morgan County, West Virginia

**William H. Ritter, III,**
**Donna Joan Ritter,**
Plaintiffs,

v.

Case No. CC-33-2021-C-72
Judge Debra McLaughlin

**Bristol Springs Custom Homes, LLC,**
Defendant

### Order Staying Case Due to Suggestion of Bankruptcy

This matter came before the Court on this 9th day of November 2023, upon the letter notifying the Court that Defendant, Bristol Springs Custom Homes, LLC, has filed for bankruptcy.

It is accordingly ADJUDGED and ORDERED that a Stay be issued in the above styled matter. It is further ORDERED that this matter be continued generally until resolution of the pending bankruptcy proceedings.

The Clerk is directed to close the file for statistical purposes and remove the case from the active docket. The Clerk is also directed to email a copy of this Order by the Court's e-filing system to all counsel of record and any *pro se* parties.

**/s/ Debra McLaughlin**
Circuit Court Judge
23rd Judicial Circuit

Note: The electronic signature on this order can be verified using the reference code that appears in the upper-left corner of the first page. Visit www.courtswv.gov/e-file/ for more details.

EXHIBIT
E