# Perry, Matthew J.

| | |
|---|---|
| **From:** | Maia <maia@flaniganlegal.com> |
| **Sent:** | Monday, November 13, 2023 6:02 PM |
| **To:** | Gary W. Berdeen |
| **Cc:** | George S; aaron@amorelaw.com; Martin Sheehan |
| **Subject:** | Bristol Springs Custom Homes |
| **Attachments:** | 20231113184358944.pdf; filed complaint with affirmative discovery.pdf |

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please find attached correspondence and complaint from attorney George Sidiropolis.

**Maia Goddard**
**Paralegal**
**Flanigan Legal, PLLC**
1140 Main Street, 4th Floor
Wheeling, WV 26003

☎ 304-233-7766
✉ maia@flaniganlegal.com
💻 www.flaniganlegal.com



**FLANIGAN LEGAL**
WE FIGHT FOR THE PEOPLE

---

**NOTICE OF CONFIDENTIALITY, ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT**: The information contained in this e-mail message, including any attachments, is confidential information intended only for the use of the recipient(s) named above. The information is privileged and/or protected by the attorney-client privilege, the attorney work-product doctrine, or other similar privileges and limitations on disclosure. If you are not the named or intended recipient of this message, please do not read, rely upon, save, copy, print or retransmit, but rather, destroy it immediately and permanently delete the message from your computer or network system. Any unauthorized retransmission, retention, distribution, printing or copying of this message or any attachments is strictly prohibited. If you have received this e-mail message in error, please immediately call Flanigan Legal, PLLC at (304) 233-7766.



EXHIBIT F

1

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

USPS CERTIFIED MAIL™



9214 8901 1251 3410 0003 8699 28

ARGO GROUP US INC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**Control Number:** 315833

**Defendant:** ARGO GROUP US INC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808 US

**County:** Berkeley
**Civil Action:** 23-C-453
**Certified Number:** 92148901125134100003869928
**Service Date:** 11/20/2023

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

**EXHIBIT G**