Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



USPS CERTIFIED MAIL™

9214 8901 1251 3410 0003 8699 28

ARGO GROUP US INC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

**Control Number:** 315833

**Defendant:** ARGO GROUP US INC
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808 US

**County:** Berkeley
**Civil Action:** 23-C-453
**Certified Number:** 92148901125134100003869928
**Service Date:** 11/20/2023

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

**EXHIBIT**
G