# Case Docket Entries

CC-02-2023-C-453

| Court: | **Circuit** | County: | **02 - Berkeley** | Created Date: | **11/13/2023** | Security Level: **Public** |
|---|---|---|---|---|---|---|
| Judge: | **Michael Lorensen** | Case Type: | **Civil** | Case Sub-Type: | **Tort** | Status:  **Open** |

Related Cases:

Style:  **Bristol Springs Custom Homes, LLC v. Argo Group US, Inc**

---

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 11/13/2023 5:04:50 PM | E-Filed | | Complaint |
| | 1-1 11/13/2023 | Civil Case Information Statement | | |
| | 1-2 11/13/2023 | Complaint - Complaint | | |
| | 1-3 11/13/2023 | Supporting Document - affirmative discovery | | |
| | 1-4 11/13/2023 | Transmittal | | |
| | 1-5 11/13/2023 | Summons | | |
| 2 | 11/13/2023 5:04:50 PM | Judge Assigned | J-02006 | Michael Lorensen |
| 3 | 11/13/2023 5:04:50 PM | Party Added | P-001 | Bristol Springs Custom Homes, LLC |
| 4 | 11/13/2023 5:04:50 PM | Party Added | D-001 | Argo Group US, Inc |
| 5 | 11/13/2023 5:04:50 PM | Party Added | D-002 | Colony Insurance Company |
| 6 | 11/13/2023 5:04:50 PM | Attorney Listed | P-001 | A-10391 - George Nico Sidiropolis |
| 7 | 11/13/2023 5:04:50 PM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 8 | 11/13/2023 5:04:50 PM | Service Requested | D-002 | Secretary of State - Certified - Including Copy Fee |
| 9 | 11/13/2023 5:14:59 PM | E-Filed | | Notice of Appearance - Notice of Appearance |
| | 9-1 11/13/2023 | Notice of Appearance - Notice of Appearance Aaron C. Amore | | |
| | 9-2 11/13/2023 | Transmittal | | |
| 10 | 11/13/2023 5:14:59 PM | Attorney Listed | P-001 | A-6455 - Aaron C. Amore |
| 11 | 11/14/2023 11:35:24 AM | E-Docketed | | Supporting Documents - Summons Issued and Mailed Certified Mail, Return Receipt Requested, to WV Secretary of State 11/14/2023 (Argo Group US, Inc.) |
| | 11-1 11/14/2023 | Supporting Document - Summons Issued and Mailed Certified Mail, Return Receipt Requested, to WV Secretary of State 11/14/2023 (Argo Group US, Inc.) | | |
| | 11-2 11/14/2023 | Transmittal | | |
| 12 | 11/14/2023 11:37:10 AM | E-Docketed | | Supporting Documents - Summons Issued and Mailed Certified Mail, Return Receipt Requested, to WV Secretary of State 11/14/2023 (Colony Insurance Company) |
| | 12-1 11/14/2023 | Supporting Document - Summons Issued and Mailed Certified Mail, Return Receipt Requested, to WV Secretary of State 11/14/2023 (Colony Insurance Company) | | |
| | 12-2 11/14/2023 | Transmittal | | |
| 13 | 11/20/2023 4:18:35 PM | Document Emailed | | Court user emailed mclemons@bowlesrice.com document 1-2 - Complaint - Complaint |
| 14 | 11/20/2023 4:18:53 PM | Document Emailed | | Court user emailed mclemons@bowlesrice.com document 1-3 - Supporting Document - affirmative discovery |
| 15 | 12/1/2023 8:53:58 AM | E-Docketed | | Supporting Documents - Green Card - WV Secretary of State Process Division (signed by K. Bryant 11/20/2023) |
| | 15-1 12/1/2023 | Supporting Document - Green Card - WV Secretary of State Process Division (signed by K. Bryant 11/20/2023) | | |
| | 15-2 12/1/2023 | Transmittal | | |
| 16 | 12/1/2023 9:49:22 AM | E-Docketed | | Supporting Documents - Green Card - WV Secretary of State Process Division (signed by K. Bryant 11/20/2023) |
| | 16-1 12/1/2023 | Supporting Document - Green Card - WV Secretary of State Process Division (signed by K. Bryant 11/20/2023) | | |
| | 16-2 12/1/2023 | Transmittal | | |
| 17 | 12/1/2023 3:55:37 PM | Scanned Document | | Supporting Document - SOS Invoice #606290 Paid in November's Month End Closing |
| | 17-1 12/1/2023 | Supporting Document - SOS Invoice #606290 Paid in November's Month End Closing | | |
| 18 | 12/1/2023 3:56:15 PM | Scanned Document | | Supporting Document - SOS Invoice #606293 Paid in November's Month End Closing |
| | 18-1 12/1/2023 | Supporting Document - SOS Invoice #606293 Paid in November's Month End Closing | | |

EXHIBIT

H

# Case Docket Entries

CC-02-2023-C-453

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 19 | 12/5/2023 8:57:41 AM | E-Docketed | | Supporting Documents - Letter From WV Secretary of State Accepting Service of Process of Interrogatories, Request For Production, Summons and Complaint (Colony Insurance Co) |
| | 19-1 12/5/2023 | | | Supporting Document - Letter From WV Secretary of State Accepting Service of Process of Interrogatories, Request For Production, Summons and Complaint (Colony Insurance Co) |
| | 19-2 12/5/2023 | | | Transmittal |
| 20 | 12/5/2023 8:59:22 AM | E-Docketed | | Supporting Documents - Letter From WV Secretary of State Accepting Service of Process of Summons and Complaint (Argo Group US Inc.) |
| | 20-1 12/5/2023 | | | Supporting Document - Letter From WV Secretary of State Accepting Service of Process of Summons and Complaint (Argo Group US Inc.) |
| | 20-2 12/5/2023 | | | Transmittal |